**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**Western Division**

FILED BY _____ D.C.

05 SEP 30 PM 6: 11

CLERK DISTRICT COURT
W.D. MEMPHIS

**UNITED STATES OF AMERICA**

**-vs-**                                              **Case No.  2:05cr20364-01D**

**SAUL GAMBOA**
**EDUARDO GAMBOA,  DANIZ GARCIA**

---

### ORDER OF TEMPORARY DETENTION
### PENDING HEARING[1] PURSUANT TO
### BAIL REFORM ACT

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for

**WEDNESDAY, OCTOBER 5, 2005** at **2:30 P.M.** before United States Magistrate **Judge S.**

**Thomas Anderson** in **Courtroom M-3, Ninth Floor,** United States Courthouse and Federal

Building, 167 North Main, Memphis, TN  TN. Pending this hearing, the defendant shall be held in

custody by the United States Marshal and produced for the hearing.

Date:   September 30, 2005

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____ 10/3/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT