IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**UNITED STATES OF AMERICA**

V.                                                                                          05-20364-02-D

**EDUARDO GAMBOA**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _October 5, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Tim Roellig_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:841 & 18:2;

U. S. Attorney assigned to Case: D. Henry

Age: _48_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Tim Roellig
SERPICO NOVELLE PETROSINO & RASCIA LTD
61 West Superior St
Chicago, IL 60610

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT