IN THE UNITED STATES DISTRICT COURT  FILED BY _____ D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION          05 NOV -7 PM 3: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.                                                         CR. NO. 05-20364-D

SAUL GAMBOA,
EDUARDO GAMBOA,
BIANCA RODRIGUEZ,
DANIZ GARCIA

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND **SETTING**

---

    This cause came on for a report date on October 27, 2005. At that time, counsel for the defendant requested a continuance of the November 7, 2005 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to February 6, 2006 with a **report date of Thursday, January 26, 2006, at 12:15 p.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

    The period from October 27, 2005 through February 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this _31_ day of October, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:05-CR-20364 was distributed by fax, mail, or direct printing on November 15, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert A. Novelle
SERPICO NOVELLE PETROSINO & RASCIA LTD
61 West Superior St
Chicago, IL 60610

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tim Roellig
SERPICO NOVELLE PETROSINO & RASCIA LTD
61 West Superior St
Chicago, IL 60610

David Henry
167 N. Main, 8th Floor
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT